…

```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

BERKSHIRE-CRANWELL LIMITED      )
PARTNERSHIP,                    )
            Plaintiff           )
                                )
      v.                        )  C.A. 11-cv-30194-MAP
                                )
TOKIO MARINE & NICHIDO FIRE     )
INSURANCE CO., LTD., ET AL.,    )
            Defendants          )
```

### ORDER RE: MOTION TO DISMISS
### BY CAROLINA CASUALTY INSURANCE COMPANY
### (Dkt. No. 6)

March 28, 2012

PONSOR, D.J.

The Motion to Dismiss filed by Defendant Carolina Casualty Insurance Company (Dkt. No. 6) is hereby DENIED, as moot. Plaintiff filed a Stipulation of Dismissal of all claims against this Defendant on December 19, 2011. See Dkt. No. 44.

Two other motions currently remain before the court, a Motion for Judgment on the Pleadings by Defendant Tokio Marine & Nichido Fire Insurance Co., Ltd. (Dkt. No. 25), and a Motion for Judgment on the Pleadings by Defendant Lumbermens Mutual Casualty Company (Dkt. No. 30). The court will issue its rulings on these two motions shortly.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge