# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BERKSHIRE-CRANWELL LIMITED PARTNERSHIP, d/b/a Cranwell Resort and Golf Spa, <br>      Plaintiff(s) <br><br> v. <br><br> TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD. & LUMBERMENS MUTUAL CASUALTY CO., <br>      Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CIVIL ACTION NO. 3:11-cv-30194-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Tokio Marine & Nichido Fire Insurance Co., Ltd., et al., against the plaintiff Berkshire-Cranwell Limited Partnership, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for judgment on the pleadings.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: July 6, 2012                    By /s/ *Maurice G. Lindsay*

                                          Maurice G. Lindsay
                                          Deputy Clerk