# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKSHIRE-CRANWELL LIMITED PARTNERSHIP, d/b/a Cranwell Resort and Golf Spa, ) ) ) ) | |
|     Plaintiff(s) ) ) | |
| v. ) ) | CIVIL ACTION NO. 3:11-cv-30194-MAP |
| TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD. & LUMBERMENS MUTUAL CASUALTY CO., ) ) ) ) ) | |
|     Defendant(s) ) | |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Tokio Marine & Nichido Fire Insurance Co., Ltd., et al., against the plaintiff Berkshire-Cranwell Limited Partnership, pursuant to the court's memorandum and order entered this date, granting the defendant's motions for judgment on the pleadings.

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: July 6, 2012                  By /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                       Deputy Clerk